# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NANCY D. MARTZ, EXECUTRIX OF THE
ESTATE OF HARRY L. OTTO,
DECEASED,

        Respondent

        v.

GOLDEN GATE NATIONAL SENIOR
CARE, LLC; GGNSC ALTOONA
HILLVIEW LP, D/B/A GOLDEN LIVING
CENTER-HILLVIEW GP LLC; GGNSC
ALTOONA HILLVIEW GP LLC; GGNSC
HOLDINGS LLC; GGNSC EQUITY
HOLDINGS, LLC; GGNSC
ADMISTRATIVE SERVICES, LLC;
GGNSC CLINICAL SERVICES, LLC;
GOLDEN GATE ANCILLARY, LLC;
DENISE CURRY, AN INDIVIDUAL, AND
ROBERT ETCHELLS, NHA,

        Petitioners

: No. 120 WAL 2016
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
: **Order** of the Superior Court at No. 855
: WDA 2015 entered on February 25,
: 2016, **affirming** the Order of the Blair
: County Court of Common Pleas at No.
: 2014-01657 entered on May 12, 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**. This matter is **REMANDED** for proceedings consistent with the decision in *Taylor v. Extendicare Health Facilities, Inc.,* ___ A.3d ___, 2016 WL 5630669 (Pa. September 28, 2016).